# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3588
LT Case No. 2022-CF-3754-A

_____

ISMAEL RIVERA RODRIGUEZ,

 Petitioner,

 v.

STATE OF FLORIDA,

 Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Michael C. Nappi, Assistant Regional Counsel, Office of Regional Criminal Conflict & Civil Regional Counsel, Casselberry, for Petitioner.

No Appearance for Respondent.

December 21, 2023

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and treated as the notice of appeal from the July 10, 2023 judgment and sentence rendered in Case No. 2022-CF-3754-A, in the Circuit Court in and for Marion County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

EDWARDS, C.J., and EISNAUGLE and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____